■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE GRAY, Appellant.—Appeal by defendant from (1) a judgment of the Supreme Court, Queens County, rendered November 22, 1972, convicting him of robbery in the first degree and grand larceny in the third degree, upon a jury verdict, and imposing sentence, and (2) a judgment of resentence of the same court, rendered March 24, 1975. Appeal from the judgment rendered November 22, 1972 dismissed. That judgment was superseded by the judgment rendered upon resentence. Judgment rendered March 24, 1975 affirmed (see *People v Felder,* 39 AD2d 373, affd 32 NY2d 747, app dsmd *sub nom. Felder v New York,* 414 US 948). Hopkins, Acting P. J., Martuscello, Cohalan, Margett and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES HOLLOMAN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered December 14, 1973, convicting him of robbery in the first degree, robbery in the second degree, grand larceny in the third degree and attempted assault in the first degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the conviction of robbery in the second degree and grand larceny in the third degree and the sentences imposed thereon, and the said counts are dismissed. As so modified, judgment affirmed. Under the facts of this case, robbery in the second degree and grand larceny in the third degree are lesser included offenses of robbery in the first degree (see CPL 300.40, subd 3, par [b]; *People v Grier,* 37 NY2d 847; *People v Phillips,* 50 AD2d 937). Martuscello, Acting P. J., Christ, Shapiro, Titone and Hawkins, JJ., concur.